IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Upchurch, LaShawn

Printed: 6/24/08

Case Number: 04 B 44493
Judge: Wedoff, Eugene R
Filed: 12/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: May 30, 2008
Confirmed: March 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 18,974.00 |  |
| Secured: |  | 7,204.73 |
| Unsecured: |  | 7,196.37 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,570.20 |
| Trustee Fee: |  | 939.34 |
| Other Funds: |  | 63.36 |
| Totals: | 18,974.00 | 18,974.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,570.20 | 3,570.20 |
| 2. | Harlem Furniture | Secured | 520.42 | 520.42 |
| 3. | Greater Suburban Acceptance Co | Secured | 3,429.19 | 3,429.19 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 3,665.25 | 3,255.12 |
| 5. | World Financial Network Nat'l | Unsecured | 190.90 | 561.48 |
| 6. | Sherman Acquisition | Unsecured | 1,638.71 | 4,819.73 |
| 7. | Discover Financial Services | Unsecured | 498.06 | 0.00 |
| 8. | Greater Suburban Acceptance Co | Unsecured | 617.15 | 1,815.16 |
| 9. | Specialized Management Consultants | Unsecured | 406.74 | 0.00 |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | University of Chicago Hospital | Unsecured |  | No Claim Filed |
| 12. | St Francis Hospital | Unsecured |  | No Claim Filed |
| 13. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 14,536.62 | $ 17,971.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 114.00 |
| 3% | 35.59 |
| 5.5% | 297.41 |
| 5% | 39.56 |
| 4.8% | 122.82 |
| 5.4% | 329.96 |
|  | _____ |
|  | $ 939.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Upchurch, LaShawn | Case Number:  04 B 44493 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  12/2/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

